**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX 76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | § | |
|---|---|---|
| **IN RE: JAMES MAC HOPKINS &** | § | **CASE NO: 16-41181-MXM** |
| **VALERIE DAWN HOPKINS** | § | |
| | § | |
| **DEBTORS** | § | |
| | § | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| JAMES MAC HOPKINS | 04/29/2019 | $1,016.15 |
| 324 Ridgeway Blvd | | |
| Weatherford, TX 76086 | | |

/s/ Tim Truman
_____
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTORS: IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THE FUNDS.

JAMES MAC HOPKINS &
VALERIE DAWN HOPKINS
324 Ridgeway Blvd
Weatherford, TX 76086

JAMES MAC HOPKINS
324 Ridgeway Blvd
Weatherford, TX 76086

Case No:  16-41181-MXM              JAMES MAC HOPKINS & VALERIE DAWN HOPKINS

Notice to Deposit Unclaimed Funds to the United States Treasury          Page 2 of 2

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 7/24/2019:

/s/  Tim Truman
_____

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

JAMES MAC HOPKINS,  VALERIE DAWN HOPKINS,  324 Ridgeway Blvd,  Weatherford, TX  76086-0000

**ELECTRONIC SERVICE:**

ROBERT A HIGGINS AND ASSOCIATES PC, 8200 CAMP BOWIE W BLVD, FORT WORTH, TX  76116

WILCOX LAW FIRM PLLC, PO BOX 201849, ARLINGTON, TX  76006

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242